UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
UNITED STATES OF AMERICA,

    -against-

WALTER APONTE,

           Defendant.
-----------------------------------------------------x

ORDER

11 CR 576 (PKC)

P. Kevin Castel, U.S.D.J.

        VOSR conference is adjourned from January 9, 2025 to February 14, 2025 at 12:00 p.m. in Courtroom 11D.

        SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated:  New York, New York
        January 6, 2025