UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
UNITED STATES OF AMERICA,                 :
                                          :                    ORDER
              -against-                    :
                                          :              11 CR 576 (PKC)
WALTER APONTE,                            :
                                          :
                      Defendant.          :
-----------------------------------------------------x

P. Kevin Castel, U.S.D.J.

   VOSR conference adjourned TO February 14, 2025 is moved up to

February 13, 2025 at 12:00 p.m. in Courtroom 11D.

   SO ORDERED.

               _____
                 P. Kevin Castel
             United States District Judge

Dated:  New York, New York
   January 12, 2025