# M&G

Myers & Galiardo, LLP | 52 Duane Street, 7Fl., New York, NY 10007 | 212-986-5900 | www.citylaw.nyc

BY ECF

The Honorable P. Kevin Castel
Unites States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

February 11, 2025

> VOSR hearing is adjourned from February 13, 2025 to March 11, 2025 at 3:30 p.m. in Courtroom 11D. SO ORDERED.
> Dated: 2/11/2025
>
> *P. Kevin Castel*
> P. Kevin Castel
> United States District Judge

Re: United States v. Walter Aponte
11 CR 576 (PKC)

Your Honor:

I represent the above named defendant, Walter Aponte, currently scheduled for a violation of supervised release hearing on February 13, 2025.

The Government and the Defense have tentatively reached a resolution which would obviate the need for a hearing. I am requesting a short adjournment so I can conduct a counsel visit with my client at the MDC. Following which I will submit a short letter to the Court advising if a final resolution is reached. I will also submit any letters I feel will assist the Court in determining a fair sentence.

The parties have agreed on an adjourn date of March 11, 2025 at 3:30pm if the Court were to grant this application.

Thank-you for Your consideration of this application.

Respectfully,

/s/Matthew D. Myers
Defense Counsel for Mr. Aponte