

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 12, 2025

**By ECF**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Application Granted.
SO ORDERED.
Dated: 3/12/2025

_____
P. Kevin Castel
United States District Judge

Re:   *United States v. Walter Aponte*, 11 Cr. 576 (PKC)

Dear Judge Castel:

The Government writes respectfully to request that the Court dismiss all open violation specifications in the January 15, 2025 Amended Violation Report in this matter.

On March 11, 2025, the defendant admitted violation specifications 3 and 6, and the Court accepted the defendant's admissions. At the defendant's plea, the parties stated that the Government would move to dismiss the open violation specifications—that is, specifications 1, 2, 4, 5, 7, and 8 of the January 15, 2025 Amended Violation Report—at sentencing, but the Government inadvertently did not make that motion at the defendant's sentencing. The Government, therefore, respectfully requests that the Court now dismiss the open violation specifications listed above.

Respectfully submitted,

MATTHEW PODOLSKY
Acting United States Attorney

by: _____
Rebecca R. Delfiner
Assistant United States Attorney
(212) 637-2427